United States District Court
Southern District of Texas
**ENTERED**
July 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHASTEIA M. LEWIS, | § § § § | |
| Pro Se Plaintiff, | § § | |
| vs. | § § | CASE NO. 4:20-CV-00444 |
| STARCON INTERNATIONAL, INC., | § § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is Defendant's Renewed Motion to Compel Disclosures and Discovery Responses and Motion to Dismiss Based on Plaintiff's Failure to Comply with Court's Discovery Order. The Court, having considered the Motion to Dismiss Based on Plaintiff's Failure to Comply with Court's Discovery Order, and any responses or replies thereto, is of the opinion that the Motion has merit, and should be GRANTED. Accordingly, the Court ORDERS as follows:

IT IS ORDERED that, the above-entitled action is dismissed ~~with~~ *without* prejudice and Defendant be awarded its costs and fees incurred in defending this action. *in the amount of $2,500.00*

Signed on this \_1st\_ day of \_July\_, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE